UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

JOSE L. SANTIAGO,

                                                Plaintiff,

              -against-

THE CITY OF NEW YORK, and POLICE OFFICERS
"JOHN DOE" # 1-5 (said names being fictitious, as the
true names are presently unknown), Individually and in
their Official Capacities,

                                               Defendants.

---------------------------------------------------------------- X

**STIPULATION OF
SETTLEMENT AND
ORDER OF DISMISSAL**

09 CV 2360 (ARR) (RLM)

**WHEREAS**, plaintiff Jose Santiago commenced this action by filing a complaint on or about June 4, 2009, alleging that the defendant violated plaintiff's federal civil and state common law rights; and

**WHEREAS**, defendant has denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1.     The above referenced action is hereby dismissed against defendant, with prejudice, and without costs, expenses, or attorneys' fees in excess of the amount specified in paragraph "2" below.

2. The City of New York hereby agrees to pay plaintiff Jose Santiago the sum of **SEVEN THOUSAND FIVE HUNDRED ($7,500.00) DOLLARS** in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against the defendant and to release the defendant City of New York, and any present or former employees and agents of the City of New York or any agency thereof, from any and all liability, claims, or rights of action which were or could have been alleged in this action, including claims for costs, expenses, and attorneys' fees.

3. Plaintiff shall execute and deliver to defendant's attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of Status of Liens. If Medicare has provided payment and/or benefits for any injury or condition that is the subject of this lawsuit, prior to tendering the requisite documents to effect this settlement, plaintiff shall have notified Medicare and shall submit with the settlement documents a Medicare final demand letter for conditional payments. A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. §1395y(b) and 42 C.F.R. §§411.22 through 411.26.

4. Nothing contained herein shall be deemed to be an admission by the defendant that in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5.  Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6.  Plaintiff agrees to hold harmless the City of New York regarding any liens or past and/or future Medicare payments, presently known or unknown in connection with this matter. If conditional and/or future anticipated Medicare payments have not been satisfied, defendant reserves the right to issue a multiparty settlement check, naming Medicare as a payee or to issue a check to Medicare directly based upon Medicare's final demand letter.

7.  This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
July 27, 2010

Daniel I. Neveloff, Esq.
The Neveloff Law Firm, P.C.
*Attorney for Plaintiff*
111 John Street, Suite 800
New York, New York 10038
(212) 964-2066

By: _____
Daniel I. Neveloff, Esq.
Attorney for Plaintiff

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendant*
100 Church Street, Room 3-165
New York, New York 10007
(212) 788-0467

By: _____
Raju Sundaran
Assistant Corporation Counsel

SO ORDERED:

_____
HONORABLE ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE